1  Amanda Heitz (Bar No. 026519)
   **BOWMAN AND BROOKE LLP**
2  Suite 1600, Phoenix Plaza
   2901 North Central Avenue
3  Phoenix, Arizona  85012-2736
   (602) 643-2300
4  Fax: 602-248-0947
   amanda.heitz@bowmanandbrooke.com
5
   Attorneys for Defendant and Third-Party Defendant Thor Motor Coach, Inc.
6

7                    **UNITED STATES DISTRICT COURT**

8                    **DISTRICT COURT OF ARIZONA**

9  Duncan Scott McCracken and Julie          )
   McCracken,                                )
10                                           )   No. 2:15-cv-00029-PHX-ROS
                    Plaintiffs,              )
11                                           )   **NOTICE OF SETTLEMENT**
   v.                                        )
12                                           )
   Thor Motor Coach, Inc., Cummins, Inc.     )
13 and Bank of the West Inc.                 )
                                             )
14                  Defendants.              )
                                             )
15 _____         )
   Bank of the West,                         )
16                                           )
                    Third-Party Plaintiff,   )
17                                           )
   vs.                                       )
18                                           )
   Thor Motor Coach, Inc.; and Cummins,      )
19 Inc.,                                     )
                                             )
20                  Third-Party Defendants.  )

21

22        The undersigned parties hereby notify this Court that all parties have agreed to

23 the terms of a confidential settlement and release of all claims. The terms of this

24 agreement have been finalized and memorialized in writing, and the parties are in the

25 / / /

26 / / /

27 / / /

28 / / /

13672383v1

1  process of executing the agreement. A stipulation of dismissal will be filed once all

2  parties have executed the settlement and release.

3     DATED this 18th day of March, 2016.

4  PRYOR, RAMIREZ & AMAR, LLC   LATHROP & GAGE, LLP

5  By: *s/ Shalev Amar (w/permission)*  By: *s/ Kevin Kuhlman w/permission)*
   Shalev Amar         Kevin M. Kuhlman

6     Luis F. Ramirez        J. Eric Weslander
   40 W. Baseline Rd., Ste. 203    2345 Grand Blvd., Ste. 2200

7     Tempe, Arizona 85283      Kansas City, MO 64108
   Attorneys for Plaintiffs      Attorneys for Cummins, Inc.

8                      *Via Pro Hac Vice*

9  JENNINGS HAUG & CUNNINGHAM,  BOWMAN AND BROOKE LLP
LLP

10                 By: *s/ Amanda Heitz*

11  By: *s/ John Sinodous (w/permission)*   Amanda Heitz
   John G. Sinodus        Suite 1600, Phoenix Plaza

12     Russell R. Yurk        2901 North Central Avenue
   2800 N. Central Avenue, Ste. 1800  Phoenix, Arizona  85012-2736

13     Phoenix, AZ 85004-1049    Attorneys for Thor Motor Coach, Inc.
   Attorneys for Bank of the West, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Shalev Amar
Luis F. Ramirez
Pryor, Ramirez & Amar, LLC
40 W. Baseline Rd., Ste. 203
Tempe, AZ 85283
Attorneys for Plaintiff

Scott F. Gibson
Marshall R. Hunt
Davis Miles McGuire Gardner, PLLC
80 E. Rio Salado Pkwy, Ste. 401
Tempe, AZ 85281
Attorneys for Def. Cummins, Inc.

Kevin M. Kuhlman
J. Eric Weslander
Lathrop & Gage, LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Attorneys for Def. Cummins, Inc.
*(Pro Hac Vice Applications Forthcoming)*

John G. Sinodus
Russell R. Yurk
Jennings Haug & Cunningham, LLP
2800 N. Central Avenue, Ste. 1800
Phoenix, AZ 85004-1049
Attorneys for Bank of the West, Inc.


 s/ *Sandy Wickham*