# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Duncan Scott McCracken, et al., | No. CV-15-00029-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Thor Motor Coach Incorporated, et al., | |
| Defendants. | |

The Court having been notified that this matter has settled in its entirety (Doc. 124),

**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **April 18, 2016**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** the April 1, 2016 interim status conference is **VACATED**.

Dated this 21st day of March, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge